# Court of Appeals
# of the State of Georgia

ATLANTA,   June 28, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2064.  CARLOS BARHAM, et al. v. CITY OF ATLANTA.**

The Fulton County Superior Court awarded members of a class action a permanent injunction and judgment against the City of Atlanta, after a jury determined that cheating occurred on a test administered to members of the class.  In its order, the trial court directed the manner in which the members would be retested, the scoring of the testing, as well as the employment consequences that would follow.  In this appeal, Carlos Barham, Detric Cummings, Derrick Dabney, William Edwards, and Royce Turner, appeal the trial court's order as "aggrieved parties."[1]  We lack jurisdiction.

The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "all equity cases."  Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (2).  "'Equity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied."  *Beauchamp v. Knight*, 261 Ga. 608, 609 (2) (409 SE2d 208) (1991).  The issues on appeal appear to center on the legality and propriety of the injunctive relief ordered by the trial court.  Moreover, it is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court.  See *Saxton v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for

---

[1] The City of Atlanta's appeal from the trial court's order was docketed in this Court as Case No. A12A2063.

disposition.[2]



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 06/28/2012
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[2] The record shows that in the related case, this Court granted the City of Atlanta's emergency motion to stay the trial court's "Permanent Injunction and Judgment" on March 22, 2012. This Court also denied the appellees' motion for reconsideration of the grant of the emergency motion in that case on April 12, 2012.